4

In The
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Brownsville Division

United States District Court
Southern District of Texas
FILED

JUN 2 7 2001

Michael N. Milby
Clerk of Court

PAUL CAMERON KAVANAUGH, Ph.D.,      §
            Plaintiff;              §
                                    §
VS.                                 §
                                    §        C. A. No. B-
                                    §
                                    §        1:01CU104
BROWNSVILLE COMMUNITY HEALTH        §
CLINIC CORPORATION , d/b/a          §
BROWNSVILLE COMMUNITY HEALTH        §
CENTER,                             §        Jury
            Defendant.              §

------------------------------------------------------------
                PLAINTIFF'S APPEARANCE OF COUNSEL
------------------------------------------------------------

                I.    INTRODUCTION

        COME NOW FRANCISCO J. ZABARTE, attorney, who, pursuant to

Local Rule 11, enters this appearance as Attorney-in-Charge for

plaintiff Paul Kavanaugh, and David Horton, attorney, who enters

his appearance as co-counsel for plaintiff.  Pursuant to Rule 38

plaintiff demands a jury for all issues triable to a jury.

                        Respectfully submitted,


                        Francisco J. Zabarte
                        SBOT No. 22235300

                        SANCHEZ, WHITTINGTON,
                            JANIS, & ZABARTE, L.L.P.
                        100 North Expressway 83
                        Brownsville, TX 78521-2284
                        956.546.3731 telephone
                        956.546.3766 telecopier

PLAINTIFF'S APPEARANCE OF COUNSEL                              2

Attorney - in - Charge

David Horton
SBOT No. 10014500
NEEL & HORTON, L.L.P.
Post Office Box 2159
South Padre Island, Texas 78597
956.761.6644 Telephone
956.761.7424 Telecopier
Co-counsel

Attorneys for Plaintiff
PAUL KAVANAUGH

--------------------------------------------------------------------

## CERTIFICATE OF SERVICE

I served a copy of this document on counsel of record, to-wit:

Mr. Raymond Cowley
SBOT No. 04932400
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
4900 A-2 North Tenth Street
McAllen, TX 78504
956.686.1287 Telephone
956.686.6197 Telecopier,
by means of Certified Mail & Return Receipt Registered and
First Class Mail on the _27th_ day of June, 2001.

Francisco J. Zabarte

PLAINTIFF'S APPEARANCE OF COUNSEL                                3

ClibPDF - www.fastio.com