IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAUL CAMERON KAVANAUGH, | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-104 |
| | § | |
| BROWNSVILLE COMMUNITY HEALTH | § | |
| CLINIC CORPORATION, D/B/A | § | JURY TRIAL DEMANDED |
| BROWNSVILLE COMMUNITY HEALTH | § | |
| CENTER | § | |
| Defendant | § | |

United States District Court
Southern District of Texas
FILED

JUL 0 9 2001

Michael N. Milby
Clerk of Court

## DEFENDANT'S LIST OF ENTITIES WITH FINANCIAL INTEREST IN THIS CASE

To the best of Defendant's knowledge, the only entities with a financial interest in this case are the following:

Paul Cameron Kavanaugh

Brownsville Community Health Clinic Corporation dba
Brownsville Community Health Center

The corporate defendant is not a publicly traded corporation. Defendant would further incorporate the entities that may be named by other parties in their respective lists of entities with financial interest.

Respectfully submitted,

_____
Raymond A. Cowley
State Bar I.D. No. 04932400

4900 A-2 N. 10th St.
McAllen, Texas 78504
Telephone: (956) 686-1287
Telefax : (956) 686-6197

ATTORNEYS FOR DEFENDANT
BROWNSVILLE COMMUNITY HEALTH
CLINIC CORPORATION d/b/a
BROWNSVILLE COMMUNITY HEALTH
CENTER

OF COUNSEL:

**RODRIGUEZ, COLVIN & CHANEY LLP**

## CERTIFICATE OF SERVICE

I, Raymond A. Cowley, hereby certify that a true and correct copy of the foregoing document has been forwarded to the following counsel of record, by certified mail, return receipt requested on the ___6___ day of ___July___, 2001.

Mr. Francisco J. Zabarte
Sanchez, Whittington, Janis & Zabarte, LLP
100 North Expressway 83
Brownsville, Texas 78521-2284

Mr. David Horton
Neel & Horton
P.O. Box 2159
South Padre Island, Texas 78597

_____
Raymond A. Cowley