```
                IN THE UNITED STATED DISTRICT COURT
                    SOUTHERN DISTRICT OF TEXAS
                        BROWNSVILLE DIVISION
```

PAUL CAMERON KAVANAUGH, Ph.D.  §
    Plaintiff  §
       §   CIVIL ACTION NO. B-01-104
VS.  §
       §
BROWNSVILLE COMMUNITY HEALTH  §   JURY TRIAL DEMANDED
CLINIC CORPORATION, D/B/A  §
BROWNSVILLE COMMUNITY HEALTH  §
CENTER,  §
    Defendant  §

## PLAINTIFF'S LIST OF ENTITIES WITH FINANCIAL INTEREST IN THE CASE

To the best of Plaintiff's knowledge, the only entities with a financial interest in this case are the following:

Paul Cameron Kavanaugh

Brownsville Community Health Clinic Corporation dba Brownsville Community Health Center

Paula Gomez, Executive Director of the Brownsville Community Health Clinic Corporation dba

Hilda Gonzalez, Manager of Human Resources of the Brownsville Community Health Clinic Corporation dba

Plaintiff would further incorporate the entities that may be named by other parties in their respective lists of entities with financial interest.

Respectfully submitted,

_(signature)_

Francisco J. Zabarte
State Bar I.D. No. 22235300
Federal I.D. No. 10747
100 North Expressway 83
Brownsville, Texas 78521
Telephone: (956) 546-3731
Telefax: (956) 546-3765

OF COUNSEL:

Sanchez, Whittington, Janis, & Zabarte, LLP

## CERTIFICATE OF SERVICE

I, Francisco J. Zabarte, hereby certify that a true and correct copy of the foregoing document has been forwarded to Mr. Raymond A. Cowley, at 4900 A-2 North Tenth Street, McAllen, Texas 78504, by certified mail, return receipt requested, and to Mr. David Horton, Neel & Horton P. O. Box 2159, South Padre Island, Texas 78597, by United States First Class Mail, on the __23rd__ day of __July__, 2001.

_____
Francisco J. Zabarte