United States District Court
Southern District of Texas
FILED

AUG 1 5 2001

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

CIVIL ACTION NO. B-01-104 _____          DATE & TIME: _____ 08-14-01 AT 1:30 P.M. _____

PAUL CAMERON KAVANAUGH _____          PLAINTIFF(S) _____ FRANCISCO ZABARTE _____
                                        COUNSEL

VS.

BROWNSVILLE COMMUNITY HEALTH          DEFENDANT(S) _____ RAY COWLEY _____
CLINIC CORPORATION, ET AL. _____     COUNSEL

-------------------------------------------------------------------------------------------------------

Attorneys Francisco Zabarte and Ray Cowley appeared in chambers.

Consent form was signed.

Scheduling dates were selected.