# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

PAUL CAMERON KAVANAUGH §
§
VS. § CIVIL ACTION NO. B-01-104
§
BROWNSVILLE COMMUNITY HEALTH §
CLINIC CORPORATION, D/B/A §
BROWNSVILLE COMMUNITY HEALTH §
CENTER §

## ORDER

On this day came on to be considered the **initial pretrial conference** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **March 28, 2002.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(2) A final pretrial and settlement conference is set for **March 28, 2002 at 1:30 P.M.**

(3) Jury selection is set for **April 5, 2002 at 8:30 A.M.** before Judge Filemon B. Vela.

(4) Trial on the merits is set for **April 15, 2002 at 9:00 A.M.** before Magistrate Judge John Wm. Black.

DONE at Brownsville, Texas, on this 14th day of August, 2001.

John Wm. Black
United States Magistrate Judge