*10*

United States District Court
Southern District of Texas
ENTERED

AUG 2 8 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAUL CAMERON KAVANAUGH | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-104 |
| | § | |
| BROWNSVILLE COMMUNITY HEALTH CLINIC | § | |
| CORPORATION, D/B/A BROWNSVILLE | § | |
| COMMUNITY HEALTH CENTER | § | |

## ORDER

Pursuant to 28 U.S.C. § 636(b)(1) and the Cost and Delay Reduction Plan under the Civil Justice

Reform Act this case is referred to United States Magistrate Judge John Wm. Black.

SIGNED on this _____24th_____ day of _____August_____, 2001.

_____
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAUL CAMERON KAVANAUGH | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-104 |
| | § | |
| BROWNSVILLE COMMUNITY HEALTH CLINIC | § | |
| CORPORATION, D/B/A BROWNSVILLE | § | |
| COMMUNITY HEALTH CENTER | § | |

## CONSENT TO EXERCISE OF JURISDICTION BY A
## UNITED STATES MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment.  28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| *Reymund Cortez* | Defendant | 8/14/01 |
| FRANCISCO ZABARTE | Plaintiff | 8/14/01 |
| | | |
| | | |