*12*

014

In The
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Brownsville Division

United States District Court
Southern district of Texas
ENTERED

OCT 0 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| PAUL CAMERON KAVANAUGH, Ph.D., §<br>     Plaintiff; §<br>       §<br>VS.       §<br>       §<br>       §<br>BROWNSVILLE COMMUNITY HEALTH §<br>CLINIC CORPORATION, d/b/a §<br>BROWNSVILLE COMMUNITY HEALTH §<br>CENTER,       §<br>     Defendant. §| C. A. No. B-01-104 |

------------------------------------------------------------
O R D E R / on:

*PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT - FIRST*
------------------------------------------------------------

1.    On this **1ST** day of **OCTOBER**, 20 **01**, this case came on for (consideration) ~~(hearing)~~ upon *PLAINTIFF'S MOTION FOR* **(DOCKET No. 11)** *LEAVE TO AMEND COMPLAINT - FIRST*. Having considered same, the law, the facts, and the arguments of counsel, the court is of the opinion that the motion should be, and, hereby is, GRANTED. Accordingly, such relief as is stated below is ORDERED.

2.    ORDERED that plaintiff be, and hereby is, given leave to amend plaintiff's complaint.

3.    ORDERED that the proposed amended complaint attached as Exhibit A to *PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT - FIRST* be, and hereby is, deemed filed as of the date said motion was filed.

O R D E R / on:
*PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT - FIRST*

1

4.   The Clerk shall mail a copy of this order to all counsel of record.

5.   Done   at   Brownsville,   Texas,   this   _1 ST_   day   of _OCTOBER_, 20 _01_ .

_____
UNITED STATES (MAGISTRATE) JUDGE

PLAINTIFF'S AMENDED PETITION - FIRST                                    2