IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAUL CAMERON KAVANAUGH, <br> Plaintiff | § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-104 |
| BROWNSVILLE COMMUNITY HEALTH CLINIC CORPORATION, D/B/A BROWNSVILLE COMMUNITY HEALTH CENTER <br> Defendant | § § § § § § | JURY TRIAL DEMANDED |

## ORDER

The Court on 25 January 2002 considered the motion filed by the defendant wherein (Docket No. 15) the defendant sought leave to file its Third Amended Answer. The Court, having considered the motion, and having considered that the motion is unopposed, finds that the motion should be granted. IT IS THEREFORE

ORDERED that the motion for leave to file amended answer is GRANTED. The Clerk is ordered to file the Third Amended Answer with the papers in this cause.

DONE this 25TH day of January, 2002 at Brownsville, Texas.

_____
Judge Presiding

xc: Mr. Raymond Cowley
Rodriguez, Colvin & Chaney
4900 A-2 North Tenth Street
McAllen, Texas 78504

Mr. Francisco J. Zabarte
Sanchez, Whittington, Janis & Zabarte, LLP
100 North Expressway 83
Brownsville, Texas 78521-2284

Mr. David Horton
Neel & Horton
P.O. Box 2159
South Padre Island, Texas 78597