

In The
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Brownsville Division

United States District Court
Southern District of Texas
FILED

MAR 0 6 2002

Michael N. Milby
Clerk of Court

PAUL CAMERON KAVANAUGH, Ph.D., §
       Plaintiff; §
 §
VS. §
 §     C. A. No. B-01-104
 §
BROWNSVILLE COMMUNITY HEALTH §
CLINIC CORPORATION, d/b/a §
BROWNSVILLE COMMUNITY HEALTH §
CENTER, §
       Defendant. §

---

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT – SECOND**
Pursuant to Rule 15 – Federal Rules of Civil Procedure

---

1. COMES NOW, PLAINTIFF PAUL CAMERON KAVANAUGH, Ph.D., and pursuant to Rule 15 of the Federal Rules of Civil Procedure, moves the court for an order granting him leave to amend Plaintiff's current complaint, and to file *PLAINTIFF'S AMENDED COMPLAINT – THIRD*, attached as Exhibit "A". In support of this motion plaintiff submits for the court's consideration such matters as stated below.

2. This case was filed in state district court alleging only causes of action and claims under state law. Plaintiff amended the petition in state court before defendant removed this case to federal court. After filing suit plaintiff filed a charge of employment discrimination with the United States Equal Employment Opportunity Commission ("EEOC" or "Commission"). Removal was based

on plaintiff's statement that plaintiff intended to assert federal claims upon completion of jurisdictional conditions precedent. After Plaintiff received a Notice of Right to Sue from the Commission, plaintiff filed a motion for leave to amend so as to add the Title VII claim. The motion was granted, and plaintiff filed the second amended complaint.

3.   The substantive changes in the proposed third amended complaint from the second amended complaint are plaintiff's addition therein of claims under the Employee Retirement Income Security Act ("ERISA")/ Comprehensive Omnibus Budget Act ("COBRA"); and the Health Insurance Protection and Accountability Act ("HIPPA"). Only after substantial discovery in late January 2002 did plaintiff become aware of the bases for these claims. These claims are asserted in paragraph 23 therein, which appears below.

## B.   ERISA, COBRA, and HIPAA Claims

> 23.   Based on information and documents made available by defendant to date in discovery, it appears defendant failed to give plaintiff notice under ERISA/COBRA of plaintiff's rights to continuation coverage under the employee group health Plan upon the occurrence of certain qualifying events, including at the time plaintiff became eligible for Plan membership in 1999 and upon termination of employment in 2000.   Similarly, after termination defendant failed to give plaintiff a certificate of creditable coverage as required by HIPAA.

(Proposed) *Amended Complaint - Third*, page 8, paragraph 23. Related to such claims, in the prayer plaintiff requests

appropriate civil penalties in remedy of such violations (paragraph 26).

   4.   WHEREFORE, premises considered, Plaintiff prays the court grant this motion and order such relief as stated below.

   5.   ORDER that plaintiff be given leave to amend plaintiff's complaint.

   6.   ORDER that the proposed third amended complaint attached as Exhibit A to this motion be deemed filed as of the date of the order hereon.

   7.   ORDER such other and further relief as the Court deems proper and just.

                         Respectfully submitted,


                         Francisco Zabarte
                         SBOT No. 22235300
                         SANCHEZ, WHITTINGTON, JANIS, & ZABARTE,
                         L.L.P.
                         100 North Expressway 83
                         Brownsville, TX 78521-2284
                         956.546.3731 telephone
                         956.546.3766 telecopier

                         David Horton
                         SBOT No. 10014500
                         NEEL & HORTON, L.L.P.
                         Post Office Box 2159
                         South Padre Island, Texas 78597
                         956.761.6644 Telephone
                         956.761.7424 Telecopier

                         Attorneys for Plaintiff
                         Paul C. Kavanaugh, Ph. D.

## CERTIFICATE OF NON-OPPOSITION

I conferred with, Mr. Ray Cowley, opposing counsel, prior to filing this motion, and regarding the disposition of this motion, advise the Clerk that the Defendant does not oppose this motion.


_____
David Horton

## CERTIFICATE OF SERVICE

I served a copy of this document on counsel of record, to-wit:

Mr. Raymond Cowley
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
4900 A-2 North Tenth Street
McAllen, TX 78504
956.686.1287 Telephone
956.686.6197 Telecopier, Via fax and First Class Mail, March 6, 2002.


_____
Francisco J. Zabarte


PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT - SECOND                    Page 4