22

In The
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Brownsville Division

United States District Court
Southern District of Texas
ENTERED
MAR 8 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| PAUL CAMERON KAVANAUGH, Ph.D., § | |
| Plaintiff; § | |
| § | |
| VS. § | |
| § | C. A. No. B-01-104 |
| § | |
| BROWNSVILLE COMMUNITY HEALTH § | |
| CLINIC CORPORATION, d/b/a § | |
| BROWNSVILLE COMMUNITY HEALTH § | |
| CENTER, § | |
| Defendant. § | |

--------------------------------------------------------------

O R D E R / on:

*PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT - FIRST*
--------------------------------------------------------------

1. On this 8TH day of MARCH, 2002, this case came on for (consideration) (~~hearing~~) upon *PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT - SECOND* (DOCKET NO. 20). Having considered same, the law, the facts, and the arguments of counsel, the court is of the opinion that the motion should be, and, hereby is, GRANTED. Accordingly, such relief as is stated below is ORDERED.

2. ORDERED that plaintiff be, and hereby is, given leave to amend plaintiff's complaint.

3. ORDERED that the proposed third amended complaint attached as Exhibit "A" to PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT - *SECOND* be, and hereby is, deemed filed as of the date of this order.

O R D E R / on:
*PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT - FIRST*

4. The Clerk shall mail a copy of this order to all counsel of record.

5. Done at Brownsville, Texas, this 8TH day of MARCH, 2002.

_____
UNITED STATES (MAGISTRATE) JUDGE

O R D E R / on:
PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT - FIRST