23

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
ENTERED

MAR 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PAUL CAMERON KAVANAUGH, | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-104 |
| BROWNSVILLE COMMUNITY HEALTH | § | |
| CLINIC CORPORATION, D/B/A | § | JURY TRIAL DEMANDED |
| BROWNSVILLE COMMUNITY HEALTH | § | |
| CENTER | § | |
| Defendant | § | |

## ORDER SETTING HEARING

On this day, came on to be considered Defendant, Paul Cameron Kavanaugh's Motion to Extend Discovery Deadlines, for Continuance of Trial and For New Scheduling Order (DOCKET NO. 19) in the above-entitled and numbered cause. The Court, after considering same, is of the opinion that said motion should be set for a hearing. It is, therefore,

ORDERED, that Defendant Paul Cameron Kavanaugh's Motion to Extend Discovery Deadlines, for Continuance of Trial and For New Scheduling Order be and is hereby set for hearing on the 14th day of MARCH, 2002, at 2:00 o'clock P.m.

DONE at Brownsville, Texas, on this 8th day of MARCH, 2002.

_____
PRESIDING JUDGE