IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States D
Southern Dist
FIL

MAR 1 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PAUL CAMERON KAVANAUGH,<br>Plaintiff | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. B-01-104 |
| | § | |
| BROWNSVILLE COMMUNITY HEALTH<br>CLINIC CORPORATION, D/B/A<br>BROWNSVILLE COMMUNITY HEALTH<br>CENTER<br>Defendant | §<br>§<br>§<br>§<br>§ | JURY TRIAL DEMANDED |

## RESPONSE TO PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINES

TO THE HONORABLE JUDGE OF SAID COURT:

BROWNSVILLE COMMUNITY HEALTH CLINIC CORPORATION, D/B/A BROWNSVILLE COMMUNITY HEALTH CENTER, Defendant, responds to Plaintiff's Motion to Extend Discovery Deadlines, for Continuance of Trial, and for New Scheduling Order as follows:

1. The Court on March 8, 2002 entered an order granting the Plaintiff leave to amend his pleadings and to add new claims. Inasmuch as the newly-added claims will require additional discovery and preparation for trial, the Defendant no longer is opposed to the Plaintiff's motion to extend the discovery and other deadlines in this cause.

2. Accordingly, the Defendant withdraws its opposition to the Plaintiff's motion.

WHEREFORE, the Defendant respectfully requests that the Court regard the motion as unopposed, on account of the Plaintiff's newly-added claims.

Respectfully submitted,

*[signature: Raymond A. Cowley]*

Raymond A. Cowley
State Bar No. 04932400
Federal ID No. 8642
4900 N. 10th Street, Ste. A-2
McAllen, Texas 78504
Telephone: (956) 686-1287
Telecopier: (956) 686-6197

ATTORNEYS FOR DEFENDANT
BROWNSVILLE COMMUNITY HEALTH
CLINIC CORPORATION d/b/a
BROWNSVILLE COMMUNITY HEALTH
CENTER

OF COUNSEL:

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded by certified mail, return receipt requested and facsimile to the following counsel of record, on the 12 day of March, 2002.

Mr. Francisco J. Zabarte
Sanchez, Whittington, Janis & Zabarte, LLP
100 North Expressway 83
Brownsville, Texas 78521-2284

Mr. David Horton
Neel & Horton
P.O. Box 2159
South Padre Island, Texas 78597

*[signature]*

Raymond A. Cowley

Respectfully submitted,

Raymond A. Cowley
State Bar No. 04932400
Federal ID No. 8642
4900 N. 10th Street, Ste. A-2
McAllen, Texas 78504
Telephone: (956) 686-1287
Telecopier: (956) 686-6197

ATTORNEYS FOR DEFENDANT
BROWNSVILLE COMMUNITY HEALTH
CLINIC CORPORATION d/b/a
BROWNSVILLE COMMUNITY HEALTH
CENTER

OF COUNSEL:

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded by certified mail, return receipt requested and facsimile to the following counsel of record, on the 12 day of March, 2002.

Mr. Francisco J. Zabarte
Sanchez, Whittington, Janis & Zabarte, LLP
100 North Expressway 83
Brownsville, Texas 78521-2284

Mr. David Horton
Neel & Horton
P.O. Box 2159
South Padre Island, Texas 78597

Raymond A. Cowley