THE HONORABLE JOHN WM. BLACK

HEARING

United States District Court
Southern District of Texas
FILED

MAR 1 4 2002

Michael N. Milby
Clerk of Court

CIVIL ACTION NO.  B-01-104 _____          DATE & TIME: _____ 03-14-02 AT 2:00 P.M. _____

PAUL CAMERON KAVANAUGH ___          PLAINTIFF(S) _____ FRANCISCO ZABARTE _____
                                    COUNSEL

VS.

BROWNSVILLE COMMUNITY HEALTH          DEFENDANT(S) ___ RAY COWLEY _____
CLINIC CORPORATION, ET AL. _____    COUNSEL

-------------------------------------------------------------------------------------------------------------------------

Motion for continuance was granted.  Hearing was not held.

Parties will submit an agreed scheduling order.