UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 15 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| | § | CIVIL ACTION NO. M-01-069 |
| TWO HUNDRED EIGHT THOUSAND | § | (636(c)) |
| ONE HUNDRED EIGHTY-SIX DOLLARS | § | |
| ($208,186) IN UNITED STATES | § | |
| CURRENCY AND ONE 2001 CHEVROLET | § | |
| SILVERADO VIN 2GCEC19T91110597, | § | |
| Defendant. | § | |

## AMENDED ORDER

Before the Court is Plaintiff's Motion for Default Judgment and Final Order of Forfeiture as to All Potential Claimants That Have Failed to Appear and For Summary Judgment as to Claimant Ezequiel Moreno (Docket No. 21). After a thorough review of the motion and supporting affidavits, the Court hereby GRANTS the motion in part, and DENIES the remainder.

Specifically, the Court is in agreement with the Plaintiff in that it is entitled to default judgment and a final order of forfeiture as to every claimant besides Ezequiel Moreno. No one else has come forward in this cause of action and made a claim on the property. Therefore, Plaintiff's motion for default judgment as to all potential claimants besides Ezequiel Moreno is hereby GRANTED.

However, there does appear to be a material issue of fact at issue with regard to Ezequiel Moreno's claim to the property that should be resolved by a jury. Therefore, Plaintiff's Motion for Summary Judgment as to Ezequiel Moreno is hereby DENIED. The case will proceed in accordance with the February 20, 2002, Scheduling Order.

DONE at Brownsville, Texas this 15th day of March, 2002.

Felix Recio
United States Magistrate Judge