IN THE UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PAUL CAMERON KAVANAUGH, Ph.D. | § | |
|     Plaintiff | § | |
| | § | CIVIL ACTION NO.B-01-104 |
| VS. | § | |
| | § | |
| BROWNSVILLE COMMUNITY HEALTH | § | JURY TRIAL DEMANDED |
| CLINIC CORPORATION, D/B/A | § | |
| BROWNSVILLE COMMUNITY HEALTH | § | |
| CENTER, | § | |
|     Defendant | § | |

NOTICE OF AGREEMENT FOR EXTENSION OF SUBMISSION DATE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Francisco J. Zabarte, attorney for PAUL CAMERON KAVANAUGH, and files this his notice to this honorable court that he has spoken with Defendant's counsel and he does not oppose extending the deadline for Plaintiff to file his response to Defendant's Motion for Summary Judgment until March 25, 2002.

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS
    & ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, TX 78521-2257
Telephone: (956) 546-3731
Telecopier: (956) 546-3766

_____
Francisco J. Zabarte
SBOT No. 22235300
Federal I.D. No. 10747
SANCHEZ, WHITTINGTON, JANIS,
    & ZABARTE, L.L.P.
100 North Expressway 83

L:\D18\18972\Notice of Appearance.wpd

Brownsville, TX 78521-2284
956/546.3731 telephone
956/546.3766 telecopier

David Horton
SBOT No. 10014500
NEEL & HORTON, L.L.P.
Post Office Box 2159
South Padre Island, Texas 78597
956/761.6644 Telephone
956/761.7424 Telecopier

Attorneys for Plaintiff
Paul C. Kavanaugh, Ph. D.

### CERTIFICATE OF NON-OPPOSITION

I conferred with, Mr. Ray Cowley, opposing counsel, prior to filing this notice and, I advise the Clerk that the Defendant does not oppose this notice.

_____
Francisco J. Zabarte

### CERTIFICATE OF SERVICE

I served a copy of this document on counsel of record, to-wit:

Mr. Raymond Cowley
SBOT No. 04932400
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
4900 A-2 North Tenth Street
McAllen, TX 78504
956.686.1287 Telephone
956.686.6197 Telecopier
Attorney for Defendant,

by means of Fax and CMRRR, on March 15, 2002.

_____
Francisco J. Zabarte

L:\D18\18972\Notice of Appearance.wpd