IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 21 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| PAUL CAMERON KAVANAUGH,<br>Plaintiff<br><br>VS.<br>BROWNSVILLE COMMUNITY HEALTH<br>CLINIC CORPORATION, D/B/A<br>BROWNSVILLE COMMUNITY HEALTH<br>CENTER<br>Defendant | §<br>§<br>§<br>§  CIVIL ACTION NO. B-01-104<br>§<br>§<br>§<br>§ |

## SCHEDULING ORDER

The following schedule will control the disposition of this case. All prior discovery deadlines, if any, are superseded by this Order.

1. June 14, 2002   **PLAINTIFF**: Designate expert(s) and serve expert report(s) on Defendant.

2. June 28, 2002   **DEFENDANT**: Designate expert(s) and serve expert report(s) on Plaintiff.

3. July 12, 2002   **ALL DISCOVERY** must be completed by this date. No motion for extension to time will be granted unless there is a shown of express need and that good cause exists.

4. July 26, 2002   **MOTION DEADLINE**: All other motions, including dispositive motions and Daubert motions to strike expert testimony, must be filed by this date.

5. August 12, 2002   **MOTIONS HEARING**: A hearing to address any pending motions, including dispositive motions, will be held this date of 1:30 p.m. in the 2nd Floor, Courtroom No. 2, U.S. Federal Building & Courthouse, 600 E. Harrison, Brownsville, Texas. If there are no pending motions or other matters that should be addressed prior to the Final Pretrial Conference, the parties may request by an agreed motion that this setting be canceled.

6. <u>August 23, 2002</u>     **A JOINT PRETRIAL ORDER AND FINAL PRETRIAL CONFERENCE:** is set on this date at 2:00 p.m. before Judge John Wm. Black, in the 2nd Floor, Courtroom No. 2, U.S. Federal Building & Courthouse, 600 E. Harrison, Brownsville, Texas.

7. <u>September 6, 2002</u>    **JURY SELECTION** is set on this date 8:30 a.m., before Judge Filemon B. Vela in the 3rd Floor, Courtroom No. 3, U.S. Federal Building & Courthouse, 600 E. Harrison, Brownsville, Texas.

8. <u>September 30, 2002</u>   **Trial** is set on this date at 9:00 a.m., before Magistrate Judge John Wm. Black, in the 2nd Floor, Courtroom No. 2, U.S. Federal Building & Courthouse, 600 E. Harrison, Brownsville, Texas.

Counsel for all parties must attend the Pretrial Conference unless the Court has granted a written motion to reschedule the Pretrial Conference. Failure to timely file the Joint Pretrial Order may result in the imposition of sanctions pursuant to Rule 16(f) F.R.C.P., including dismissal or default judgment as appropriate. Any motion presented for filing which is not in compliance with Local Rule 6 will be stricken from the record. In particular, counsel are reminded that motions must be accompanied by a proposed order and (except motions under Rule 12 or 56) must certify that counsel have conferred and cannot agree. The conference requirement is important because it help insure that the time and resources of the parties and the Court are not wasted on matters that could be resolved by agreement at the outset. For similar reasons, counsel must notify th Court immediately should the case be settled and submit an appropriate joint motion and dismissal order.

The Clerk shall send a copy of this Order to the counsel of records for the parties.

Done at Brownsville, Texas on 20TH day of MARCH 2002.

_____
PRESIDING JUDGE

AGREED BY:

_____
Raymond A. Cowley

_____
Francisco J. Zabarte

cc:   Mr. Raymond A. Cowley
      4900 A-3 N. 10th St.
      McAllen, Texas 78504

      Francisco J. Zabarte
      Sanchez, Whittington, Janis & Zabarte, L.L.P.
      100 North Expressway 83
      Brownsville, TX 78521

      Neel & Horton, LLP
      David Horton
      P.O. Box 2159
      South Padre Island, Texas 78597

Mar 14 02 11:56a        S,W,J & Z                    (956) 546-3766           p.4

AGREED BY:

_____
Raymond A. Cowley

_____
Francisco J. Zabarte

cc:     Mr. Raymond A. Cowley
        4900 A-3 N. 10th St.
        McAllen, Texas 78504

        Francisco J. Zabarte
        Sanchez, Whittington, Janis & Zabarte, L.L.P.
        100 North Expressway 83
        Brownsville, TX 78521

        Neel & Horton, LLP
        David Horton
        P.O. Box 2159
        South Padre Island, Texas 78597

AGREED BY:

*Raymond Cowley /DH w/ permission*
Raymond A. Cowley

*Francisco Zabarte/ DH w/ permission*
Francisco J. Zabarte

cc:   Mr. Raymond A. Cowley
      1900 A-3 N. 10th St.
      McAllen, Texas 78504

      Francisco J. Zabarte
      Sanchez, Whittington, Janis & Zabarte, L.L.P.
      100 North Expressway 83
      Brownsville, TX 78521

      Neel & Horton, LLP
      David Horton
      P.O. Box 2159
      South Padre Island, Texas 78597