United States District Court
Southern District of Texas
FILED

JUN 27 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAUL CAMERON KAVANAUGH,<br>Plaintiff | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. B-01-104 |
| BROWNSVILLE COMMUNITY HEALTH<br>CLINIC CORPORATION, D/B/A<br>BROWNSVILLE COMMUNITY HEALTH<br>CENTER<br>Defendant | §<br>§<br>§<br>§<br>§<br>§ | JURY TRIAL DEMANDED |

## DEFENDANT'S DESIGNATION OF EXPERT AND SUBMISSION OF EXPERT'S REPORT

BROWNSVILLE COMMUNITY HEALTH CLINIC CORPORATION, D/B/A BROWNSVILLE COMMUNITY HEALTH CENTER, Defendant, in accordance with the Joint Case Management Plan submitted by the parties, designates its expert witness and provides the report. The following individual will serve as the Defendant's expert on the issue of the reasonableness of attorney fees and costs sought by the Plaintiff.

Raymond A. Cowley
Rodriguez, Colvin & Chaney, LLP
4900 N. 10th, Bldg. A2
McAllen, Texas 78504
(956) 686-1287

Mr. Cowley will testify regarding the reasonableness of the hourly rate(s) sought by the Plaintiff's attorneys and regarding the reasonableness of the hours claimed to have been worked. The claims for which attorney fees may be sought by the Plaintiff are not at all complicated, novel or controversial, and would not, in any event, warrant any type of lodestar enhancement under the Johnson factors. The use of two attorneys by the Plaintiff at depositions and otherwise was purely duplicative and unnecessary, and a recovery, if any, of attorney fees should be restricted to those incurred by one attorney and not by both. A rate of no more than $200 per hour should be claimed by an attorney who is certified as a specialist in Labor and Employment Law, and a rate of no more than $160 per hour should be claimed by an attorney who

-2-

is not so certified. The claims brought under COBRA and HIPAA were added very recently, and any recovery of attorney fees sought on those claims should, in particular, be minimal. It is customary for attorneys to segregate their time according to the various claims asserted, and any failure to do so should be construed against the Plaintiff, should there be an award of attorney fees.

                      Respectfully submitted,

                      Raymond A. Cowley
                      State Bar No. 04932400
                      Federal ID No. 8642
                      4900 N. 10th Street, Ste. A-2
                      McAllen, Texas 78504
                      Telephone: (956) 686-1287
                      Telecopier: (956) 686-6197

                      ATTORNEYS FOR DEFENDANT
                      BROWNSVILLE COMMUNITY HEALTH
                      CLINIC CORPORATION d/b/a
                      BROWNSVILLE COMMUNITY HEALTH
                      CENTER

**OF COUNSEL:**

**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded by certified mail, return receipt requested to the following counsel of record, on the __27__ day of ____June____, 2002.

Mr. Francisco J. Zabarte
Sanchez, Whittington, Janis & Zabarte, LLP
100 North Expressway 83
Brownsville, Texas 78521-2284

Mr. David Horton
Neel & Horton
P.O. Box 2159
South Padre Island, Texas 78597

_____
Raymond A. Cowley