IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PAUL CAMERON KAVANAUGH, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-104 |
| | § | |
| BROWNSVILLE COMMUNITY HEALTH | § | JURY TRIAL DEMANDED |
| CLINIC CORPORATION, D/B/A | § | |
| BROWNSVILLE COMMUNITY HEALTH | § | |
| CENTER, | § | |
| Defendant. | § | |

## DEFENDANT'S MOTION TO QUASH DEPOSITION

COMES NOW PAUL CAMERON KAVANAUGH, Plaintiff herein, and moves this Court for an order quashing the Notice of Intention to Take Oral Deposition of Joseph D. Higgins filed by Defendant's counsel, and in support of the order shows:

I.

1. Defendant's attorney unilaterally served a Notice of Intention to Take Oral Deposition at 4:09 p.m. on Wednesday, July 3, 2002, as shown by a copy of the notice attached hereto as Exhibit "A" and incorporated herein by reference. The deposition is scheduled to be held on Friday, July 12, 2002, and to take place in Pennsylvania.

2. Prior to that, Plaintiff's attorney had written a letter attached as Exhibit "B" and had called Defendant's attorney on the same day as the notice to schedule mediation for part of the week of July 15 and all week of July 22, 2002.

3. Plaintiff's attorney is not available for deposition on said date, as he will be in New Your

City from July 10 - July 12, 2002, as shown by copy of his plane reservation attached hereto as Exhibit "C".

4. Scheduling a deposition in Pennsylvania at this time without prior notice would costs Plaintiff's attorney an unusually great expense which could be avoided if the day were planned well in advance.

II.

5. Plaintiff would further show that Plaintiff is entitled to cross-exam the witness. The deponent is a third-party. The deposition could easily be conducted by telephone, or upon written questions.

III.

6. No conference has been held by either party on the merits of this motion, but it is anticipated that an agreement will not be reached prior to the date of the deposition unilaterally scheduled by Defendant's counsel without proper notice to the undersigned. Therefore, this matter is presented to the Court for a determination.

IV.

7. Plaintiff requests the Court to order Defendant's counsel to re-schedule the deposition on a mutually agreeable date and time for the parties.

V.

WHEREFORE, Plaintiff requests the Court to quash the deposition of Joseph D. Higgins, and to order Defendant to reschedule the deposition of Joseph D. Higgins at a mutually agreeable date and time; that the fruits of any deposition taken in violation of the Federal Rules of Civil

Procedure 30 be invalid and inadmissible for all purposes in this cause; and for such other and further relief, at law and in equity, to which Plaintiff may be justly entitled.

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS
  & ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
Telephone: 956/546-3731
Telecopier: 956/546-3766

By: _____
    Francisco J. Zabarte  by permission
    State Bar No. 22235300
    Federal Bar NO. 10747

Neel & Horton, L.L.P.
David Horton
State Bar I.D. No. 10014500
P.O. Box 2159
South Padre Island, Texas 78597
Telephone: (956) 761-6644
Telefax: (956)761-7424

ATTORNEYS FOR PLAINTIFF
PAUL CAMERON KAVANAUGH

## CERTIFICATE OF CONFERENCE

I attempted to, but was unable to confer with, Mr. Ray Cowley, opposing counsel, prior to filing this motion. Regarding the disposition of this motion, I advise the Clerk that the parties are unable to agree as to same.

_____
Francisco J. Zabarte       by permission

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing Motion To Quash Deposition has been served on Defendant's attorney, Mr. Raymond A. Cowley, 4900 A-3 N. 10th St., McAllen, Texas 78504, via U. S. certified mail, return receipt requested and via telecopier at 956-686-6187, on this 8th day of July, 2002.

_____
Francisco J. Zabarte       by permission

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAUL CAMERON KAVANAUGH,<br>Plaintiff | § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-104 |
| BROWNSVILLE COMMUNITY HEALTH<br>CLINIC CORPORATION, D/B/A<br>BROWNSVILLE COMMUNITY HEALTH<br>CENTER<br>Defendant | § § § § § § | JURY TRIAL DEMANDED |

### NOTICE OF DEPOSITION BY STENOGRAPHIC MEANS AND/OR VIDEO OF JOSEPH D. HIGGINS

TO: PAUL CAMERON KAVANAUGH, a Plaintiff in the above-entitled and numbered cause, by and through his attorneys of record,

Mr. Francisco J. Zabarte
Sanchez, Whittington, Janis & Zabarte, LLP
100 North Expressway 83
Brownsville, Texas 78521-2284

Mr. David Horton
Neel & Horton
P.O. Box 2159
South Padre Island, Texas 78597

NOTICE IS HEREBY GIVEN that beginning at 10:00 a.m. on Friday, July 12, 2002, and continuing from day to day thereafter until completed, the oral deposition of JOSEPH D. HIGGINS will be taken by Defendant at 600 West Germantown Pike, Suite 400, Plymouth Meeting, PA, pursuant to Federal Rule of Civil Procedure 30, before Charles P. Carmody and Associates Court Reporting. You are invited to attend and cross-examine.

PLEASE TAKE FURTHER NOTICE that the deposition of JOSEPH D. HIGGINS may be taken by the non-stenographic means of a videotape recording in addition to stenographic means.



Respectfully submitted,

*Raymond A. Cowley* by permission to ch/p
Raymond A. Cowley
State Bar I.D. No. 04932400

4900 A-2 N. 10th St.
McAllen, Texas 78504
Telephone: (956) 686-1287
Telefacs : (956) 686-6197

ATTORNEY FOR DEFENDANT

OF COUNSEL:

**RODRIGUEZ, COLVIN & CHANEY LLP**

### CERTIFICATE OF SERVICE

I, Raymond A. Cowley, hereby certify that a true and correct copy of the foregoing document has been forwarded by certified mail, return receipt requested, to the following counsel of record, on the 3rd day of July, 2002.

Mr. Francisco J. Zabarte
Sanchez, Whittington, Janis & Zabarte, LLP
100 North Expressway 83
Brownsville, Texas 78521-2284

Mr. David Horton
Neel & Horton
P.O. Box 2159
South Padre Island, Texas 78597

Raymond A. Cowley
by permission letter
R.A.R.

SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.
ATTORNEYS AT LAW
100 NORTH EXPRESSWAY 83
BROWNSVILLE, TEXAS 78521-2284

JACK D. SANCHEZ (1945-1987)

DENNIS M. SANCHEZ, P.C.
ROBERT A. WHITTINGTON, P.C.
BRIAN G. JANIS, P.C.
FRANCISCO J. ZABARTE, P.C.
C. FRANK WOOD, P.C

TEL. (956) 546-3731
FAX (956) 546-3765

June 27, 2002

Via Facsimile (956) 686-6197 and
Certified Mail RRR

Mr. Raymond A. Cowley
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
ATTORNEYS AS LAW
4900 North 10th Street
Building A-2
McAllen, Texas 78504

    RE:    Civil Action No. B-01-104
              Paul Cameron Kavanaugh v.
              Brownsville Community Health Center
        Our file: 18972

Dear Mr. Cowley:

       I have received your letter of June 25, 2002. Rather than to set up a date in which we can inspect each others documents, I propose that we mediate this case. I have spoken to David Horton and we are available from July 8 through July 11, 2002 and July 15 through July 19, 2002. Should this matter not settle at mediation, then we should schedule a mutually agreeable time and date to exchange documents.

       I am also providing you with supplementation of discovery concerning Pamela Kavanaugh's medical expenses as you requested in your second set of Requests for Production and in Paul's deposition, and I will provide you with a copy of the recording that you request within the next two weeks.

       I look forward to hearing from you.

                                              Very truly yours,

                                              Francisco J. Zabarte

FJZ/ym

    cc:    David Horton
             Neel & Horton
             P.O. Box 2159
             South Padre Island, Texas 78597

EXHIBIT B

  

# eTicket Itinerary and Receipt

Issue Date May 17 2002

**Attention: MONICA**  **Confirmation: U0R945**

| Day | Date | Flight/Class | Depart | Time | Arrive | Time | Equip | Meal |
|---|---|---|---|---|---|---|---|---|
| Wed | 10JUL02 | CO 1702 T | BROWNSVILLE TX | 8:45AM | HOUSTON TX | 9.53AM | 737-500 | |
| Wed | 10JUL02 | CO 432 Q | HOUSTON TX | 10:48AM | NEW YORK/LGA | 3:20PM | 737-800 | Snack |
| Sun | 14JUL02 | CO 786 Q | NEW YORK/LGA | 4:30PM | HOUSTON TX | 7:23PM | 737-800 | Snack |
| Sun | 14JUL02 | CO 469 T | HOUSTON TX | 8:39PM | BROWNSVILLE TX | 9:49PM | 737-500 | |

| Traveler (7) | Frequent Flyer | eTicket Number | Seat(s) in flight order and subject to change |
|---|---|---|---|
| ZABARTE / FRANKMR | | 0052163470472 | 14A/25D/ 9A/15A |
| SESMA / MARYCRUZMS | | 0052163470493 | 14B/25E/ 9B/15B |
| ALEGRIA / ANNABELLMS | | 0052163470523 | 14C/25F/ 9C/15C |
| LUNA / ESIQUIOJR | | 0052163470531 | 14D/26A/ 9D/16A |
| SOLIS / STEVENMR | | 0052163470537 | 14E/26B/ 9E/16B |
| MARTINEZ / MARYJANEMS | | 0052163470546 | 15B/26E/ 8E/17B |
| LOPEZ / BEATRICEMS | | 0052163470550 | 12C/26D/ 8A/16D |

Fare: $329.30  Combined Tax: $52.70  Per Person Total: $382.00  eTicket Total: $2,674.00

Combined Tax / Fee Detail: Tax: $24.70, Flight Segment Tax: $12.00, Security Service Fee: $10.00, Passenger Facility Charge: $6.00

Method of Payment: VISA 48021321XXXXXXXX

Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.

Change Fee: An additional fee for changing the above referenced ticket(s) was charged to VISA 48021321XXXXXXXX on May 17, 2002. $100.00 per ticket for an additional total of $700.00 was collected.

## eTicket Reminders

- Bring this eTicket Receipt along with photo identification to the ticket lobby for check-in
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger
- For up to the minute flight information call 1-800-784-4444 or try our Flight Status Notification system at www.continental.com/bts/
- If flight segments are not flown in order, your reservation may be cancelled
- If your travel plans change call Continental at 1-800-525-0280
- Your eTicket is non-transferable and valid 1 year from the above issue date unless otherwise provided in the Conditions of Contract
- Flight boarding begins 35 to 50 minutes prior to departure, you must be at the boarding gate no later than 15 minutes prior to scheduled departure to retain your reservation

## Check Out the Best Way to Check-in

Continental's eService Center kiosks are the most convenient way to check-in at the airport. Interactive seat maps, OnePass Elite upgrades and much more are right at your fingertips. To use an eService Center, all you need is a credit card or OnePass Elite card to identify yourself.

## Conditions of Contract

Air transportation is subject to Continental's Conditions of Contract including Contract of Carriage terms or international tariff rules. Such conditions include, without limitation, limits on liability for personal injury, death, and baggage claims; claims restrictions and limitation periods; ticket validity periods; rules on reconfirmation of reservations, check-in times and refusal to carry; and rules relating to schedule irregularities and delays. A copy of Continental's Conditions of Contract can be obtained from any Continental ticketing facility, Continental's ticket jacket, or by calling 1-800-525-0280.

**Thank you for choosing Continental Airlines**
www.continental.com

