IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 9 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PAUL CAMERON KAVANAUGH, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-104 |
| | § | |
| BROWNSVILLE COMMUNITY HEALTH | § | JURY TRIAL DEMANDED |
| CLINIC CORPORATION, D/B/A | § | |
| BROWNSVILLE COMMUNITY HEALTH | § | |
| CENTER, | § | |
| Defendant. | § | |

### PLAINTIFF'S MOTION FOR CONTINUANCE

1. COMES NOW, PLAINTIFF PAUL CAMERON KAVANAUGH, Ph.D., and moves the court for an order continuing the hearing now set for Monday, August 12, 2002. In support of such motion plaintiff submits for the court's consideration matters stated herein.

2. This case is set for hearing on pending motions on Monday, August 12, 2002, 1:30 p.m.

3. This case is set for mediation on Tuesday, August 13, 2002. Plaintiff believes the case may be settled in mediation.

4. Plaintiff's response to defendant's motion for summary judgement regarding the "HIPAA" issues is due on or about August 12-13, 2002. Plaintiff received the motion July 24, 2002.

5. Plaintiff submits it is more efficient to reset hearing herein until after mediation. The case may settle in mediation, making further hearing unnecessary.

PLAINTIFF'S MOTION FOR CONTINUANCE                                              1

6. Plaintiff requests the court extend plaintiff's response time to defendant's summary judgement motion above referenced to no later than three (3) days before the next hearing herein.

7. Plaintiff understands both August 20 and 22, 2002 are available for hearing, and Plaintiff requests August 20, 2002.

8. WHEREFORE, premises considered, Plaintiff prays the court grant this motion and order such relief as includes that stated below.

9. ORDER that the hearing set for August 12 be reset to August 20 or a date certain thereafter.

10. ORDER that the time for plaintiff's responses to defendant's pending motion(s) be extended to three (3) days before the next hearing herein.

11. ORDER such other and further relief as the Court deems proper and just.

Respectfully submitted,
SANCHEZ, WHITTINGTON, JANIS
 & ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, TX 78521-2284
(956) 546.3731 telephone
(956) 546.3766 telecopier

By: _____
Francisco Zabarte
SBOT No. 22235300

David Horton
SBOT No. 10014500
NEEL & HORTON, L.L.P.
Post Office Box 2159
South Padre Island, Texas 78597
(956) 761.6644 Telephone
(956) 761.7424 Telecopier
Attorneys for Plaintiff
Paul C. Kavanaugh, Ph. D.

PLAINTIFF'S MOTION FOR CONTINUANCE                    2

CERTIFICATE OF CONFERENCE

      I conferred with, Mr. Ray Cowley, opposing counsel, through his secretary prior to filing this motion, and regarding the disposition of this motion, advise the Clerk that the parties cannot agree regarding the proposed disposition of this motion.

David Horton

CERTIFICATE OF SERVICE

      I served a copy of this document on counsel of record, to-wit:

Mr. Raymond Cowley
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
4900 A-2 North Tenth Street
McAllen, TX 78504
956.686.1287 Telephone
956.686.6197 Telecopier,    by First Class Mail, August 9, 2002.

David Horton

PLAINTIFF'S AMENDED COMPLAINT - FIRST        3