IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PAUL CAMERON KAVANAUGH, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-104 |
| | § | |
| BROWNSVILLE COMMUNITY HEALTH | § | JURY TRIAL DEMANDED |
| CLINIC CORPORATION, D/B/A | § | |
| BROWNSVILLE COMMUNITY HEALTH | § | |
| CENTER, | § | |
| Defendant. | § | |

O R D E R / on:

PLAINTIFF'S MOTION FOR CONTINUANCE

1. On this _12_ day of _AUGUST_, 20_02_, this case came on for (consideration) (hearing) upon *PLAINTIFF'S MOTION FOR CONTINUANCE* (DOCKET NO. 36). Having considered same, the law, the facts, and the arguments of counsel, the court is of the opinion that the motion should be, and, hereby is, GRANTED. Accordingly, such relief as is stated below is ORDERED.

2. ORDER that the hearing set for August 12 be reset to August 20, 2002 ~~or a date certain thereafter~~. AT 2:00 P.M.

3. ORDER that the time for plaintiff's responses to defendant's pending motion(s) be extended to three (3) days before the next hearing herein.

4. The Clerk shall mail a copy of this order to all counsel of record.

5. Done at Brownsville, Texas, this _12_ day of _AUGUST_, 20_02_.

_____
UNITED STATES (MAGISTRATE) JUDGE

O R D E R / on:
*PLAINTIFF'S MOTION FOR CONTINUANCE*                                   4