IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 4 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PAUL CAMERON KAVANAUGH,<br>Plaintiff | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. B-01-104 |
| BROWNSVILLE COMMUNITY HEALTH<br>CLINIC CORPORATION, D/B/A<br>BROWNSVILLE COMMUNITY HEALTH<br>CENTER<br>Defendant | §<br>§<br>§<br>§<br>§ | JURY TRIAL DEMANDED |

## AGREED MOTION TO DISMISS WITH PREJUDICE

COMES NOW **PAUL CAMERON KAVANAUGH**, Plaintiff in the above-entitled and numbered cause, and moves this Court to dismiss this cause with prejudice to his right to refile same or any part thereof, for the reason that any and all claims and controversies have been fully and finally compromised and settled between the parties.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully moves this Court to dismiss with prejudice any and all claims asserted in the above-entitled cause, with prejudice to his right to refile same or any part thereof, with costs of suit taxed against each party incurring same.

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, LLP
100 N. Expressway 83
Brownsville, Texas 78521
Telephone: 956/546-3731
Facsimile: 956/546-3766

_____
FRANCISCO J. ZABARTE
State Bar No. 22235300
Federal ID No. 10747

and

NEEL & HORTON, LLP
Post Office Box 2159
South Padre Island, Texas 78597
Telephone: 956/761-6644
Facsimile: 956/761-7024

_____
DAVID HORTON
State Bar No. 10014500

ATTORNEYS FOR PLAINTIFF

AGREED TO BY:

RODRIGUEZ, COLVIN & CHANEY, LLP
4900A -2 North Tenth Street
McAllen, Texas 78504
Telephone: (956) 686-1287
Facsimile: (956) 686-6197

_____
Raymond A. Cowley
State Bar No. 04932400
Federal ID No. 8642

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded by **certified mail, return receipt requested**, to the following counsel of record on this the 3rd day of September, 2002.

Raymond A. Cowley
RODRIGUEZ, COLVIN & CHANEY, LLP
4900 N. 10th Street, Bldg. A-2
McAllen, Texas 78504

_____
FRANCISCO ZABARTE.