IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAUL CAMERON KAVANAUGH, § | | |
|     Plaintiff § | | |
| § | | |
| VS. § | CIVIL ACTION NO. B-01-104 | |
| § | | |
| BROWNSVILLE COMMUNITY HEALTH § | | |
| CLINIC CORPORATION, D/B/A § | JURY TRIAL DEMANDED | |
| BROWNSVILLE COMMUNITY HEALTH § | | |
| CENTER § | | |
|     Defendant § | | |

United States District Court
Southern District of Texas
ENTERED

SEP 0 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER OF DISMISSAL

CAME ON to be considered the *Agreed Motion To Dismiss With Prejudice*, filed by Plaintiff in the above-entitled and numbered cause. The Court, having considered the *Agreed Motion* finds that the *Agreed Motion* should be granted. IT IS THEREFORE

ORDERED, ADJUDGED AND DECREED that all claims asserted in the above-entitled and numbered cause are dismissed with prejudice to the right of Plaintiff to refile same or any part thereof. All court costs are taxed against the party incurring same.

DONE this 9TH day of SEPTEMBER, 2002, at Brownsville, Texas.

                                                      JUDGE PRESIDING

xc:    Mr. Raymond A. Cowley
        Rodriguez, Colvin & Chaney, LLP
        4900 A-2 North 10th
        McAllen, Texas 78504

        Mr. Francisco J. Zabarte
        Sanchez, Whittington, Janis & Zabarte, LLP
        100 North Expressway 83
        Brownsville, Texas 78521-2284

        Mr. David Horton
        Neel & Horton
        P.O. Box 2159
        South Padre Island, Texas 78597